IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02792–MSK–KMT

FAIRFIELD DEVELOPMENT, INC., d/b/a FAIRFIELD DEVELOPMENT LP,

    Plaintiff,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Joint Motion to Modify Scheduling Order" (# 32, filed May 22, 2009) is GRANTED. The Scheduling Order (# 23) is modified as follows: the Deadline for Joinder of Parties and Amendment of Pleadings is July 24, 2009; the Fact Discovery Cut-off is September 15, 2009. The Settlement Conference remains set for July 14, 2009.

Dated: May 27, 2009