IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02792–MSK–KMT

FAIRFIELD DEVELOPMENT, INC., d/b/a FAIRFIELD DEVELOPMENT LP,

    Plaintiff,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Unopposed Motion for Leave for Plaintiff's out-of-state Client Representative and Counsel to Participate in July 14, 2009 Settlement Conference by Telephone" (#46, filed July 10, 2009) is DENIED.  The July 14, 2009 Settlement Conference is VACATED.  The parties shall place a conference call to chambers no later than 5:00 p.m. on July 21, 2009 in order to reschedule the settlement conference.

Dated: July 14, 2009