IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02792–MSK–KMT

FAIRFIELD DEVELOPMENT, INC., d/b/a FAIRFIELD DEVELOPMENT LP,

    Plaintiff,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Unopposed Joint Motion to Modify Scheduling Order" (#50, filed July 16, 2009) is GRANTED in part. The Plaintiff's and Defendant's expert disclosure deadline is extended to October 1, 2009; the Plaintiff's and Defendant's rebuttal expert disclosure deadline is extended to October 15, 2009; expert depositions will take place on or before December 15, 2009; and the dispositive motions deadline is extended to January 15, 2010. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

Dated: July 20, 2009