IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02792–MSK–KMT

FAIRFIELD DEVELOPMENT, INC., d/b/a FAIRFIELD DEVELOPMENT LP,

    Plaintiff,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Fairfield Development, Inc's Unopposed Motion for Leave to Amend Complaint" (#53, filed July 24, 2009) is GRANTED. The "Amended Complaint" and accompanying exhibits, heretofore attached to the motion (Doc. Nos. 53-2, 53-3, 53-4) are and hereby will be filed.

Dated: July 30, 2009