IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02792–MSK–KMT

FAIRFIELD DEVELOPMENT, INC., d/b/a FAIRFIELD DEVELOPMENT LP,

     Plaintiff,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

     Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Axis Surplus Insurance Company's Unopposed Motion for Leave to Intervene to Assert a Subrogation Interest" (#55, filed July 27, 2009) is GRANTED. The "Complaint in Intervention" and its corresponding exhibits, heretofore attached to the motion (doc. nos. 55-2, 55-3, 55-4) are and will be filed.

Dated: July 30, 2009