## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-02792-MSK-KMT | FTR - Courtroom C-201 |
| Date: July 21, 2010 | Deputy Clerk: J. Chris Smith |
| FAIRFIELD DEVELOPMENT, INC., d/b/a FAIRFIELD DEVELOPMENT LP and AXIS SURPLUS INSURANCE COMPANY, | Samuel J. Pace, Jr. Edward C. Stewart |
| Plaintiffs, | |
| v. | |
| J.D.I CONTRACTOR & SUPPLY , INC., | Bradley W. Maudlin |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**Hearing on Defendant's Motion for Sanctions for Spoliation of Evidence**

**9:01 a.m.**      **Court in session.**

Defendant's client representative Josh Mowdy present.

Court calls case. Appearances of counsel.

Court states it has reviewed all pleadings filed associated with defendant's motion [92], [106], [109] and [117].

9:03 a.m.      Statements by Mr. Maudlin.
9:07 a.m.      Argument by Mr. Pace.

Defendant's oral motion for sequestration of witnesses by Mr. Maudlin, plaintiffs' objection by Mr. Pace and argument by counsel.

**ORDERED:**      **Defendant's oral motion for sequestration of witnesses is denied. Witnesses present by plaintiffs are experts.**

9:16 a.m.      Defendant's witness, Josh Mowdy, sworn.
Direct examination of Mr. Mowdy by Mr. Maudlin.

9:22 a.m.      Cross examination of Mr. Mowdy by Mr. Pace.

July 21, 2010
08-cv-02792-MSK-KMT

9:26 a.m.	Defendant's witness, Michael Higgins, sworn.
Direct examination of Mr. Higgins by Mr. Maudlin.

Reference to Exhibits identified as [109-3] (pgs. 15, 16 and 17, 5/21/2010 defendant's reply).
**Defendant's Exhibits 1, 2, 3** ([109-3]**) and 4** [92-4](2-7-2008 Mr. Thyne's Initial Report) **identified offered and received.**

10:10 a.m.	Cross examination of Mr. Higgins by Mr. Pace.

Reference to the deposition transcript of Mr. Higgins.
Oral motion to disqualify expert witness Michael Higgins by Mr. Pace.
Discussion between Court and counsel regarding **documents identified as [92-14] and [109-3]**.
**Defendant's Exhibit 5 identified and referenced.**

10:43 a.m.	Redirect examination of Mr. Higgins by Mr. Maudlin.

**10:43 a.m.	Court in recess.**
**10:58 a.m.	Court in session**.

Court instructs counsel to retain Exhibits 1, 2 and 3.
**Defendant's Exhibit 4 received.**
**Defendant's Exhibits 4 and 5 shall be retained by Court in Clerk's office.**

11:00 a.m.	Defendant's witness, Nathan J. Myers, sworn.
Direct examination of Mr. Myers by Mr. Maudlin.

**Defendant's Exhibit 6 identified, stipulated and referenced.**

11:15 a.m.	Cross examination of Mr. Myers by Mr. Pace.
11:20 a.m.	Redirect examination of Mr. Myers by Mr. Maudlin.
11:22 a.m.	Recross examination of Mr. Myers by Mr. Pace.

Discussion regarding plaintiffs' objection to defendant calling Robert Toth.
Argument by counsel.

Stipulations read into the record regarding Robert Toth's expert report and excerpts from his deposition transcript.
**Deposition transcript of Robert Toth identified as Defendant's Exhibit 7.**

11:33 a.m.	Defendant's witness, Jeffrey S. Atencio, sworn.
Direct examination of Mr. Atencio by Mr. Maudlin.
Reference to the deposition transcript of Mr. Atencio.

11:45 a.m.	Cross examination of Mr. Atencio by Mr. Pace.

July 21, 2010
08-cv-02792-MSK-KMT

11:50 a.m.   Redirect examination of Mr. Atencio by Mr Maudlin.
Reference to Defendant's Exhibits 1, 2 and 3.

Plaintiffs' oral motion to dismiss defendant's motion [92].
Argument by Mr. Pace.
Court states it does not intend to rule at this time.

12:00 p.m.   Plaintiffs' witness, Michael J. Ness, sworn.
Direct examination of Mr. Ness by Mr. Pace.

Mr. Pace answers questions asked by the Court regarding GAB (General Adjustment Bureau).
Mr. Ness answers questions asked by the Court.

12:08 p.m.   Cross examination of Mr. Ness by Mr. Maudlin.
12:16 p.m.   Redirect examination of Mr. Ness by Mr. Pace.

Plaintiffs' renewed oral motion to dismiss defendant's motion [92] by Mr. Pace.

**Evidence closed.**

**12:19 p.m.   Court in recess.**
**12:33 p.m.   Court in session.**

Court advises counsel of the areas to focus on in closing arguments.

12:35 p.m.   Argument by Mr. Maudlin.
12:58 p.m.   Argument by Mr. Pace.

**ORDERED:   Defendant's Motion for Sanctions for Spoliation of Evidence, filed April 16, 2010 [92], is taken under advisement.**

**1:05 p.m.   Court in recess.**

**Clerk's Note:** Exhibits marked as instructed, copy of Defendant's Exhibits 5 attached for counsel and **Defendant's Exhibits 4, 5, 6 and 7 retained in Clerk's office**.

Hearing concluded.
Total In-Court Time: 3 hrs 35 min.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.