**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  08-cv-02792-DME-KMT

FAIRFIELD DEVELOPMENT, INC., et al.,

        Plaintiffs,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

        Defendant.

**MINUTE ORDER**

ORDER ENTERED BY DAVID M. EBEL

        The Defendant's unopposed Motion to Request Use of Oversize Trial Boards at Trial
(Doc. No. 132) is GRANTED.

        DATED:  November 17, 2010

1