# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02792-DME-KMT

FAIRFIELD DEVELOPMENT, INC., et al.,

    Plaintiffs,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Plaintiff's Motion to Request Use of Oversize Trial Boards at Trial (Doc. No. 148) is GRANTED.

    DATED:  November 30, 2010