# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02792-DME-KMT

FAIRFIELD DEVELOPMENT, INC., et al.,

        Plaintiffs,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

        Defendant.

## ORDER

THIS MATTER comes before the Court upon "Plaintiff s' Unopposed Motion for an Order Confirming that Defendant's Motion to Exclude Stipulation Shall be Governed by the Court's Order of December 3, 2010, Vacating Trial and Setting Briefing Schedule" (Doc. No. 163).  The motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant's Motion to Exclude Stipulation (Doc. No. 160) shall follow the same briefing schedule as outlined in the Court's order of December 3, 2010 (Doc. No. 155).

DONE AND SIGNED this ___7th___ day of January, 2011.

                                            BY THE COURT:

                                            *s/ David M. Ebel*

                                            U.S. CIRCUIT COURT JUDGE
                                            DISTRICT OF COLORADO