IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02792-DME-KMT

FAIRFIELD DRY CREEK VILLAGE LP and
AXIS SURPLUS INSURANCE COMPANY,

        Plaintiffs,

v.

J.D.I. CONTRACTOR & SUPPLY, INC.,

        Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the parties' Final Stipulation of Settlement (Doc. No. 206).

IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated:  July 20, 2011

        BY THE COURT:

        *s/ David M. Ebel*

        UNITED STATES CIRCUIT JUDGE